UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-712-FDW

| | |
|---|---|
| RONALD MCCLARY, ) ) Plaintiff, ) ) vs. ) ) FNU GRAHAM, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following Plaintiff's filing of his First Set of Interrogatories and his Request for Production of Documents, (Doc. Nos. 25, 26).

Pursuant to Local Civil Rule 26.2 and the Court's scheduling order entered on August 28, 2018, all discovery requests in this matter are to be served <u>on the parties</u>, and discovery requests <u>are not to be filed with the Court</u>. (Doc. No. 23 at 2). Thus, Plaintiff must serve his discovery requests on Defendant directly rather than filing them with the Court.

**IT IS SO ORDERED**.

Signed: September 12, 2018

Frank D. Whitney
Chief United States District Judge